ACCEPTED
12-15-00189-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/19/2015 5:04:59 PM
CATHY LUSK
CLERK

CAUSE NO. 12-15-00189-CV          ORAL ARGUMENT
REQUESTED

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/19/2015 5:04:59 PM
CATHY S. LUSK
Clerk

**IN THE
COURT OF APPEALS FOR THE
TWELFTH DISTRICT OF TEXAS SITTING IN TYLER, TEXAS**

**GARRISON NURSING HOME AND REHABILITATION CENTER
AND GARRISON NURSING HOME, INC.,**

**APPELLANT,**

**VS.**

**LEGATHA DEMINGS,**

**APPELLEE.**

On Appeal from the 145th Judicial District Court
of Nacogdoches, Nacogdoches County, Texas

**UNOPPOSED MOTION TO EXTEND
TIME TO FILE APPELLANTS' BRIEF**

**COMES NOW**, GARRISON NURSING HOME AND REHABILITATION CENTER AND GARRISON NURSING HOME, INC., Appellants in the above-entitled and numbered appeal and pursuant to Rule 10.5 (b) and Rule 38.6 of the Texas Rules of Appellate Procedure file the following Unopposed Motion to Extend Time to File Appellant's Brief and in support thereof would respectfully show the court the following:

## I.

This lawsuit relates to a health care liability claim filed by Appellees. The appeal relates to the sufficiency of Appellees' expert report filed in order to meet the requirements of Chapter 74 of the Texas Civil Practice and Remedies Code:

1. The current deadline for filing Appellee's brief is August 26, 2015;

2. This is Appellant's first request for an extension of time; and

3. Appellant seeks a Twenty-one (21) day extension of the filing deadline.

## II.

Appellant relies on the following facts to reasonably explain its need for this extension of time:

a. Appellant's lead counsel, David Frost is preparing for a trial set for August 31, 2015, in *IMMI Turbines, Inc. v. Turbo-Mech International, Inc., Gary Bateman, as Director, Gary Bateman, Jr., as President and Chief Executive Officer, Petrofac Facilities Management International Limited and Petrofac Brownfield, Ltd.* , Cause No. 2011-67559, in the 80th Judicial District Court of Harris County, Texas. This is a complex lawsuit related to the construction of sophisticated equipment for installation and use on an oil and gas production platform in the Persian Gulf which involves thousands of documents and many witnesses. Mr. Frost has been and will continue to be involved in preparation for this trial and has not had sufficient time to review the clerk's record and reporter's record, and complete the legal research needed to brief the issues in this case.

b. Additionally, Appellant's lead counsel, Mr. Frost, has been involved in the preparation of reports, internal communications and discovery responses in numerous civil cases which in conjunction with the above referenced trial preparation have prevented counsel from having sufficient time to review the clerk's record and reporter's record, and complete the legal research needed to brief the issues in this case.

## III.

This request for an extension of time in which to file Appellants' Brief is not sought solely for the purposes of delay, but is sought as a result of other legitimate commitments upon lead appellate counsel during the time period allowed for the filing of Appellant's Brief. The granting of this request for an extension of time will allow counsel for Appellant to carefully and thoroughly research and brief the issues facing the Court in this appeal and will serve the ends of justice by facilitating the Court's orderly and precise disposition of this matter, thus resulting in judicial economy and conservation of the Court's resources and time.

## IV.

### Conference with Opposing Counsel

Counsel David W. Frost contacted Appellee's counsel, W. Stephen Shires, to determine whether he would oppose this motion for extension of time and Mr. Shires indicated he does not oppose this motion.

**WHEREFORE, PREMISES CONSIDERED**, Appellants, GARRISON NURSING HOME AND REHABILITATION CENTER and GARRISON NURSING HOME, INC., respectfully requests the court to extend the time for filing Appellants' Brief to and including September 16, 2015, and for such other and further relief to which Appellant may show just entitlement.

Respectfully submitted,

**KENT, ANDERSON, BUSH, FROST & METCALF, P.C.**
Woodgate I, Suite 200

- 3 -

1121 E.S.E. Loop 323
Tyler, Texas 75701
(903) 579-7500
(903) 581-3701 (Fax)

By: _____

**David W. Frost**
State Bar No. 08139200

**ATTORNEYS FOR APPELLANTS
GARRISON NURSING HOME AND
REHABILITATION CENTER and
GARRISON NURSING HOME, INC.**

## VERIFICATION

STATE OF TEXAS          §
                        §
COUNTY OF SMITH         §

BEFORE ME, the undersigned notary public, on this day appeared David W. Frost, a person known to me and after being duly sworn upon his oath, deposed and stated:

My name is David W. Frost. I am legally competent to make this affidavit. I am one of the appellate counsels for GARRISON NURSING HOME AND REHABILITATION CENTER and GARRISON NURSING HOME, INC., Appellants herein. In connection with my representation of GARRISON NURSING HOME AND REHABILITATION CENTER and GARRISON NURSING HOME, INC., I have prepared the foregoing Motion for Extension of Time to File Appellant's Brief. I have read such Motion and state that all the facts therein alleged are true and correct and within my personal knowledge. Said Motion is not filed solely for the purposes of delay, but only so that justice may be done.

Further affiant sayeth not.

_____
David W. Frost

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said David W. Frost on this 19th day of August, 2015, to certify which witness my hand and official seal of office.

_____
NOTARY PUBLIC
STATE OF TEXAS

TRACY JORDAN
Notary Public
STATE OF TEXAS
My Comm. Exp. July 29, 2016

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed, as indicated below, on this the _____19th_____ day of August, 2015:

**Via Certified Mail/RRR**
Mr. W. Stephen Shires
Law Office of Stephen Shires, PLLC
123 San Augustine Street
Center, Texas 75935

_____
David W. Frost